UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD MICHONSKI and MICHAEL
BOBROW,

                              Plaintiffs,

          -v-                                    1:05-CV-464

SARATOGA SPRINGS, SARATOGA SPRINGS
PPOLICE DEPARTMENT, and JOHN DOE,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

### O R D E R

          Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on February 9, 2007, in Utica, New York, it is hereby

          ORDERED that defendants' motion for summary judgment is GRANTED and the

complaint is DISMISSED in its entirety.

          The Clerk of the Court is directed to enter judgment accordingly.

          IT IS SO ORDERED.

                                        _____
                                        United States District Judge

Dated:  February 9, 2007
          Utica, New York.